FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 06, 2025

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| GUSTAVO ORDUNO HERNANDEZ, MARIA MAGDALENA CASTANADA ROSALES, VALENTINA ORDUNO CASTANEDA, RAFAEL ORDUNO CASTANEDA | CASE NO:  1:25-cv-03081-RLP |
| Plaintiffs, | ORDER OF DISMISSAL WITHOUT PREJUDICE |
| vs. | |
| TODD LYONS, Acting Director, U.S. Immigration and Customs Enforcement, in his official capacity as well as successors and assigns, KRISTI NOEM, Secretary for the U.S. Department of Homeland, in her official capacity as well as successors and assigns, | |
| Defendants. | |

BEFORE THE COURT is the parties' Joint Stipulation for Dismissal of Case Without Prejudice. ECF No. 17.  The parties agree that the claims in the above-entitled matter should be dismissed without prejudice and without attorneys'

ORDER OF DISMISSAL WITHOUT PREJUDICE ~ 1

fees or costs to any party. According to Rule 41(a)(1)(A)(ii), a plaintiff may dismiss an action by filing a stipulation signed by all parties who have appeared. The Court has reviewed the record and files herein and is fully informed.

Accordingly, **IT IS ORDERED:**

1.     Pursuant to Rule 41(a) and the parties' stipulation, this action is **DISMISSED** without prejudice with each party to bear its own fees and costs for litigation of this case.

2.     Plaintiffs' Motion to Transfer Plaintiff from ICE Custody, **ECF No. 14**, and any other pending motions are **DENIED** as moot and any deadlines and hearings are **VACATED**.

The District Court Executive is directed to enter this Order and Judgment, furnish copies to counsel, and CLOSE the file.

**DATED** August 6, 2025.

REBECCA L. PENNELL
United States District Judge

ORDER OF DISMISSAL WITHOUT PREJUDICE ~ 2