AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Aug 06, 2025**

SEAN F. McAVOY, CLERK

GUSTAVO ORDUNO HERNANDEZ, MARIA MAGDALENA CASTANADA ROSALES, VALENTINA ORDUNO CASTANEDA, RAFAEL ORDUNO CASTANEDA

*Plaintiff*

v.

TODD LYONS, Acting Director, U.S. Immigration and Customs Enforcement, in his official capacity as well as successors and assigns, KRISTI NOEM, Secretary for the U.S. Department of Homeland, in her official capacity as well as successors and assigns,

*Defendant*

Civil Action No. 1:25-cv-03081-RLP

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other:  Pursuant to the Order filed at ECF No. 18, this action is DISMISSED without prejudice pursuant to Rule 41(a) and the parties' stipulation.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge  Rebecca L. Pennell .

Date:   8/6/2025

*CLERK OF COURT*

SEAN F. McAVOY

s/ Ruby Mendoza

*(By) Deputy Clerk*

Ruby Mendoza